USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: March 8, 2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

BLUE LIVES MATTER NYC, INC. et al,

                   Plaintiffs,

     -against-

POLLY TROTTENBERG et al,

                   Defendants.

--------------------------------------------------------X

**20 Civ. 06292 (PAC)**
**ORDER OF DISMISSAL**

HONORABLE PAUL A. CROTTY, United States District Judge:

     The above entitled action has been on the Court's active docket since August 10, 2020, and there having been no activity since August 20, 2020, it is,

     ORDERED, that the above-entitled action is DISMISSED, without prejudice. Either party shall notify the Court in the event this matter should be reinstated. The Clerk of Court is directed to terminate this case.

Dated:  New York, New York
        March 8, 2023

                             SO ORDERED

                             PAUL A. CROTTY
                             United States District Judge